UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 21-19254-LMI
Francisco Lopez Oliva                           Chapter 13


_____Debtor(s)._____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Motion to Waive Wage

Deduction Order and Notice of Hearing to all interested parties on November 9, 2021 as follows:


Electronically:

Nancy K. Neidich, Trustee

Via First Class Mail:

Debtor(s), Francisco F Lopez Oliva
240 W 68th Street #106
Hialeah FL 33014-5391


All creditors on the mailing matrix.
Respectfully Submitted:
ROBERT SANCHEZ, P.A.
By:/s/ Robert Sanchez_____
Robert Sanchez, Esq., FBN#0442161
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008